IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01275–WJM–KMT

RICHARD S. BORROUGHS, individually and as a member of Great River Properties, LLC,
GALIT BORROUGHS,
G. GREG SAWYERS,Trustee of the G. Greg Sawyers Trust u/d/t June 6, 2001, individually and as a member of Great River Properties, LLC, and
GREAT RIVER PROPERTIES, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

SAN LUIS VALLEY FEDERAL BANK, a federally chartered banking institution,
WESCO PROPERTIES, LLC, a Colorado limited liability company,
DOUGLAS WEST, individually and as a managing member of Wesco Properties, LLC, a Colorado limited liability company,
RONALD KOHAN, individually and as a managing member of Wesco Properties, LLC, a Colorado limited liability company,
JANE DOE WEST, and
JANE DOE KOHAN,

      Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint and Unopposed Motion to Establish a Schedule for Plaintiffs to File an Amended Complaint and for Defendants to Respond" (Doc. No. 31, filed July 14, 2011) is GRANTED. Plaintiffs shall file their amended complaint no later than August 23, 2011. Defendants shall respond to the amended complaint no later than September 12, 2011. Defendants need not answer or otherwise respond to the current operative complaint.

Dated: July 19, 2011